
| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 2:12-mj-00607-GWF |
| | | DOCKET NUMBER (Rec. Court) |
| | | 3:13-00246-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sean J. Allard<br>Middle District of Tennessee | NEVADA | U.S. Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | George W. Foley, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/29/13 — TO 4/28/15 |

**OFFENSE**

Operating a Vessel Under the Influence of Alcohol
36 C.F.R §§ 310(a)(1)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

June 17, 2013                              /s/ George Foley, Jr.
_____                         _____
Date                                       United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/17/13                                   /s/ Todd Campbell
_____                         _____
Effective Date                             United States District Judge